DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES FICAROTTA, MERRY FICAROTTA** and **DANIA CUT ANNEX, LLC,**
Appellants,

v.

**JAMES S. PRENTICE** and **DANIA CUT HOLDINGS, INC.,**
Appellees.

No. 4D18-0309

[January 24, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. 07-012516CACE (19).

William R. Amlong, Karen Coolman Amlong and Jennifer Daley of Amlong & Amlong, P.A., Fort Lauderdale, for appellants Charles Ficarotta and Merry Ficarotta.

Diane G. DeWolf, A. Rodger Traynor, Jr. and Ashley A. Sawyer of Akerman LLP, Tallahassee and Miami, for appellee Dania Cut Holdings, Inc.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***